James J. Ream, Esq.
Nevada Bar No.3573
Law Offices of James J. Ream
333 N. Rancho Drive, #530
Las Vegas, NV 89106
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
Email: jim@reamlaw.net

Lawrence M. Boesch, Esq. *Pro Hac Vice*
CA Bar No. 114658
Law Offices of Barry K. Rothman
1901 Ave. of the Stars, Ste. 370
Los Angeles, CA 90067
Telephone: (310) 557-0062
Facsimile: (310) 557-9080
Email: bkr@bkrlegal.com

Attorneys for Plaintiff PHARMAPLAST S.A.E.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHARMAPLAST S.A.E., an Egyptian share holding company,<br><br>Plaintiff,<br><br>vs.<br><br>ZEUS MEDICAL HOLDINGS LLC, et al.,<br><br>Defendants. | No. 2:15-CV-02432-JAD-PAL<br><br>**STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER**<br>Trial: 3/27/18<br>Time: 9:00 a.m.<br>Judge: The Honorable Jennifer A. Dorsey |

WHEREAS the parties hereto, by and through their counsel of record, submitted a joint proposed pretrial order on May 10, 2017, and

WHEREAS the Court, having considered the Joint Proposed Pretrial Order and having issued, on May 12, 2017, a Pretrial Order setting the above-captioned for jury trial on March 27, 2018 to commence at 9:00 a.m. in Las Vegas Courtroom 6D,

The parties hereto having encountered obstacles with presenting the above-captioned cause for trial, do hereby present this stipulation for order continuing trial, as set forth in more particularity as follows:

1. Plaintiff PHARMAPLAST S.A.E. ("PHARMAPLAST") is an Egyptian share holding company with its headquarters in Alexandria, Egypt; although it makes sales in North America, its staff, employees and officers rarely travel to the United States, and when they do, it is usually for a trade show in such places as Miami, Las Vegas and Los Angeles;

2. Default has been entered against defendant ZEUS MEDICAL HOLDINGS LLC, which is a dissolved Nevada limited liability company, and which has not participated in the above-captioned action since it was filed with this Court on Dec. 21, 2015 (ECF Nos. 19, 21, 25);

3. The above-captioned action was stayed as to defendant ROBERT DANIELS, a Nevada resident, as a result of his 8/31/16 filing of a petition in U.S. Bankruptcy court, Chapter 7 (ECF No. 41-42), his listing of the alleged debt to PHARMAPLAST as a nonpriority unsecured debt in his bankruptcy case, in his Schedule E/F on 9/13/16 in that case, and the Order of Discharge given to him in that case under 11 U.S.C. § 727 on Dec. 6, 2016;

4. Defendant DANIEL MULVANY resides in Kansas City, Kansas and has few contacts with the State of Nevada;

5. Defendant MARK BOLLING resides in Tampa Bay, Florida, and has few contacts with the State of Nevada;

6. PHARMAPLAST has no business interactions or contacts within the State of Nevada;

7. With the only defendants who have business in Nevada being either dissolved and defaulted (ZEUS MEDICAL HOLDINGS, LLC) or bankrupt with a discharge of the subject debt (ROBERT DANIELS), the parties hereto have nevertheless diligently prosecuted the above-captioned action through civil discovery originally set to close on Sept. 13, 2016 (ECF No. 34 at 2:7) but extended by court order on stipulation through Sept. 14, 2016 (ECF No. 40);

8. The parties hereto have met and conferred to find suitable dates that serve their interests practically with the least potential for inconvenience to each other and to counsel of record;

9. If the above-captioned action were to go to trial on March 27, 2018, it would be three hundred nineteen (319) days since the pretrial order that was issued on May 12, 2017 (ECF No. 56) setting it for trial;

10. Continuing this cause to July 9, 2018 would add another one hundred four (104) days to the length of time from the pretrial order, making the total amount of time from pretrial order to jury trial one (1) year and fifty-eight (58) days;

11. In entering into this Stipulation the parties hereto waive such claims, allegations or defenses as might otherwise be made on the basis of diligence in the prosecution of this action for grounds of moving for its dismissal; this stipulation is expressly conditioned

on the Court's approval of the length of time between pretrial order and jury trial, in the absence of which this stipulation is null and void; accordingly, they waive the provisions of Local Rule 41-1, which provides as follows:

"All civil actions that have been pending in this court for **more than 270 days** without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party."

12. Due to unforeseen circumstances, the parties have encountered difficulties in proceeding with the trial on the date set by the Court, viz., March 27, 2017, for the following reasons:
    a. Plaintiff PHARMAPLAST travels ten (10) time zones to make the appearance at trial; doing so is inconvenient unless its Chief Executive Officer, Mamdouh Atteia, has other business in the United States at or near the same time as the trial;
    b. Mamdouh Atteia and his staff are scheduled to be in Orlando, Florida in late July, 2018; if the trial in the above-captioned action were to be set to go out the week of July 9-13, 2018, this would suit their schedule; Mr. Atteia and other witnesses who might appear on PHARMAPLAST's behalf would then not pass through Customs more than once and would extend their trip to the United States to reduce the cost of attending trial;

/////

  c. Defendants' counsel, Shawn Perez, Esq., has been invited to a family wedding out of the country between March 25 and 29, 2018, at the same time as the currently-scheduled trial; he had not yet received word of the date for this wedding when the parties submitted their proposed Pretrial Order; the date of this wedding could not have been anticipated when the Court ordered the trial to commence on March 27, 2018; and

  d. Defendants MULVANY and BOLLING themselves have no objection to continuing the trial to the week of July 9-13, 2018.

13. The Parties hereto therefore STIPULATE as follows:

THAT the following events, previously scheduled on the dates set forth below, be continued to the dates indicated below, if it please the Court, and on the condition that the Court were willing to continue the trial without dismissing the action for want of prosecution sua sponte:

A. The Status Conference set for Jan. 16, 2018 at 3:00 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey be moved to April 17, 2018 at 3:00 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey or such other date, time and place as may please the Court;

B. The Calendar Call now set for March 19, 2018 at 1:30 p.m. in LV Court-room 6D before Judge Jennifer A. Dorsey be moved to June 29, 2018 or such other date, time and place as may please the Court; and

/////

C. The jury trial now set for March 27, 2018 at 9:00 a.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey be continued to the week of July 9-13, 2018, commencing at 9:00 a.m. in LV Court-room 6D before Judge Jennifer A. Dorsey or such other time and place as may please the Court.

**SO STIPULATED:**

Dated: 10-31, 2017

PLAINTIFF PHARMAPLAST, S.A.E.

By: _____
Lawrence M. Boesch, Esq.
Law Offices of Barry K. Rothman
Attorney for PHARMAPLAST S.A.E.

Dated: October 31, 2017

DEFENDANTS DANIEL MULVANY
AND MARK BOLLING

By: **Shawn R. Perez**
Digitally signed by Shawn R. Perez
DN: cn=Shawn R. Perez, o=Law Office of Shawn R. Perez, ou,
email=shawn711@msn.com, c=US
Date: 2017.10.31 13:55:21 -07'00'

Shawn Perez, Esq.
Law Offices of Shawn Perez
Attorney for DANIEL MULVANY and
MARK BOLLING

STIPULATION TO CONTINUE TRIAL; 6
[PROPOSED] ORDER

## ORDER

For good cause shown, the Court orders the following:

A. That the Status Conference set for Jan. 16, 2018 at 3:00 p.m. in LV Courtroom 6D before the Honorable Jennifer A. Dorsey be, and it hereby is, continued to April 17, 2018 at 3:00 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey;

B. That the Calendar Call now set for March 19, 2018 at 1:30 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey be, and it hereby is, continued to July 23, 2018 at 1:30 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey;

C. That the jury trial now set for March 27, 2018 at 9:00 a.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey be, and it hereby is, continued to July 31, 2018 commencing at 9:00 a.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey.

D. That the Exhibit List, the Trial Briefs, the proposed jury instructions, and the proposed voir dire are all to be due by July 23, 2018.

E. That the above-captioned action, having already been set for trial more than 270 days after the pretrial order for good cause, shall, Local Rule 41-1 notwithstanding, not be dismissed for want of prosecution on account of this continuance providing for a further delay of one hundred four (104) days from the pretrial order to the trial.

SO ORDERED.

DATED this 2nd day of November, 2017.

_____
The Honorable Jennifer A. Dorsey
Judge, U.S. District Court
District of Nevada

STIPULATION TO CONTINUE TRIAL;
[PROPOSED] ORDER

7

**Proof of Service**

I am over the age of 18 and not a party to the above-captioned case. My business address is 1901 Avenue of the Stars, Ste. 370, Los Angeles, CA 90067.

The original of the foregoing document entitled: **STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER** will be served or was served (a) on the judge in chambers via FedEx in the form and manner required; and true and correct copies of the foregoing document entitled: **STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER** were served (b) in the manner stated below:

_X_ SERVED BY U.S. MAIL: On Oct. 31, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Shawn R. Perez, Esq. | James J. Ream, Esq. |
| Law Offices of Shawn R. Perez | Law Offices of James J. Ream |
| 626 S. Third Street | 333 N. Rancho Drive, #530 |
| Las Vegas, NV 89101 | Las Vegas, NV 89106 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: __Oct. 31, 2017

Lawrence M. Boesch, Esq.