# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHARMAPLAST S.A.E., an Egyptian share holding company, | CASE NO: 2:15-CV-02432-JAD-PAL |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| ZEUS MEDICAL HOLDINGS LLC, a dissolved Nevada limited liability company; ROBERT DANIELS, a Nevada resident; MARK BOLLING, a Florida resident; and DANIEL MULVANY, a Kansas resident, | ECF No. 60 |
| Defendants. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. On or about November 14, 2017, the original date for the Status Conference, April 17, 2018, was previously vacated and advanced to Monday, April 9, 2018 to accommodate the Court's calendar.

2. Since the date of the original setting, counsel for Defendants learned that his son and daughter-in-law are having a baby in Florida. The expected date of birth is April 13, 2018.

3. Counsel for the defendant will be attending the birth of the child and will be in Florida commencing April 9, 2018 through at least April 19, 2018.

4. The parties agree to an Order advancing the Status Conferenc.

3

## ORDER

**IT IS HEREBY ORDERED** that said Status Conference, in this matter, currently scheduled for Monday April 9, 2018 at 1:30 PM before Judge Jennifer A. Dorsey be vacated and advanced to Monday, April 2, 2018, at the hour of 3:30 PM.

DATED: 3/7/2018

_____
United States Judge