1  James J. Ream, Esq.
   Nevada Bar No. 3573
2  Law Offices of James J. Ream
   333 N. Rancho Drive, #530
3  Las Vegas, Nevada 89106
   Telephone:     (702) 631-0031
4  Facsimile:     (702) 631-5480
   Email:         jim@reamlaw.net
5
   Gordon J. Zuiderweg, Esq., *Pro Hac Vice*
6  California Bar No. 83101
   Law Offices of Gordon J. Zuiderweg
7  A Professional Corporation
   269 South Beverly Drive, Suite 959
8  Beverly Hills, California 90212
   Telephone:     (310) 553-7302
9  Facsimile:     (310) 553-8160
   Email:         gjzlaw@mail.com
10
   Attorneys For Plaintiff Pharmaplast S.A.E.
11

12 Shawn N. Perez, Esq.
   Law Office of Shawn R. Perez
13 7121 West Craig Road
   Suite 117-38
14 Las Vegas, Nevada 89129
   Telephone:     (702) 485-3977
15 Email:         Shawn711@msn.com

16 Attorneys For Defendants Daniel Mulvany and
   Mark Bolling
17

18                **UNITED STATES DISTRICT COURT**

19                     **DISTRICT OF NEVADA**

20 PHARMAPLAST S.A.E., an Egyptian share      Case No. 2:15-CV-02432-JAD-PAL
   holding company,
21                                            **JOINT STIPULATION AND ORDER**
                        Plaintiff,            **FOR DISMISSAL**
22
            vs.
23
   ZEUS MEDICAL HOLDINGS LLC, a                       ECF No. 77
24 dissolved Nevada limited liability company;
   ROBERT DANIELS, a Nevada resident;
25 MARK BOLLING, a Florida resident;
   DANIEL MULVANY, a Kansas resident,
26
                        Defendants.
27

28

                                  1

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action.

Dated: August 30, 2018       GORDON J. ZUIDERWEG
LAW OFFICES OF GORDON J. ZUIDERWEG
A PROFESSIONAL CORPORATION


By /s/ *Gordon J. Zuiderweg*
   Gordon J. Zuiderweg, Esq.

and

JAMES J. REAM, ESQ.
LAW OFFICES OF JAMES J. REAM


By /s/ *James J. Ream*
   James J. Ream, Esq.

Attorneys For Plaintiff Pharmaplast S.A.E.


Dated: August 30, 2018       SHAWN R. PEREZ
LAW OFFICES OF SHAWN R. PEREZ


By /s/ *Shawn R. Perez*
   Shawn R. Perez, Esq.

Attorney For Defendants Daniel Mulvany and Mark Bolling

## ORDER

Based on the parties' stipulation **[ECF No. 77]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 10, 2018